**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-1039**

PHILLIP O'BRIANT,

        Plaintiff - Appellant,

      v.

HOWARD COUNTY OFFICE OF HUMAN RIGHTS,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Theodore D. Chuang, District Judge.  (1:18-cv-02729-TDC)

Submitted:  May 8, 2019                  Decided:  May 16, 2019

Before MOTZ, AGEE, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Phillip O'Briant, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip O'Briant appeals the district court's orders dismissing his petition for a writ of mandamus and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See O'Briant v. Howard Cty. Office of Human Rights*, No. 1:18-cv-02729-TDC (D. Md. Nov. 13, 2018; filed Sept. 26, 2018, entered Sept. 27, 2018). We grant O'Briant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*